263.064070(262)                    TED/sxf

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

GABRIELLA STRBIK                    )
                                    )
                Plaintiff,          )          FILED: JUNE 3, 2008
v.                                  )          08CV3189          TG
                                    )          JUDGE CONLON
SUNRISE SENIOR LIVING, INC.,        )          MAGISTRATE JUDGE NOLAN
SUNRISE OF BUFFALO GROVE, and       )
SUNRISE BUFFALO GROVE ASSISTED      )
LIVING, LLC,                        )
                                    )
                Defendants.         )

## NOTICE OF REMOVAL

**NOW COME**, the Defendants, SUNRISE SENIOR LIVING, INC., and SUNRISE

BUFFALO GROVE ASSISTED LIVING, LLC, by and through their attorneys, PRETZEL &

STOUFFER, CHARTERED, and hereby remove this civil action, case number 08 L 4305 from the

Circuit Court of Cook County, County Department, Law Division, State of Illinois, to the United

States District Court for the Northern District of Illinois, Eastern Division, pursuant to 28 USC §§1441

and 1332. In support thereof, the Defendants state as follows:

1.      This action was filed against the named Defendants in the Circuit Court of Cook County,

        County Department, Law Division, State of Illinois on April 21, 2008. A copy of the

        Complaint was served upon the Defendants, SUNRISE SENIOR LIVING, INC., and

        SUNRISE BUFFALO GROVE ASSISTED LIVING, LLC, on May 6, 2008. This notice is

        filed within 30 days after service of the Complaint upon these Defendants.

2.     At the time the action was commenced, Plaintiff, GABRIELLA STRBIK, was a citizen of the
State of Illinois.

3.     At the time this action was commenced, Defendant, Sunrise Senior Living, Inc., was a
corporation organized and existing under the laws of the State of Delaware, with its principal
place of business in the state of Virginia.

4.     The Defendant, SUNRISE BUFFALO GROVE ASSISTED LIVING, LLC, is an Illinois
limited liability company, with the sole member, Sunrise First Assisted Living Holdings, LLC,
a Delaware limited liability company.

5.     Sunrise First Assisted Living Holdings, LLC has two members:  SZR US Investments, Inc.,
and Sunrise Senior Living Investments, Inc.

6.     At the time this action was commenced, SZR US Investments, Inc., was a corporation
organized and existing under the laws of the State of Delaware, with its principal place of
business in the State of Kentucky.

7.     At the time the action was commenced, Sunrise Senior Living Investments, Inc., was a
corporation organized and existing under the laws of the State of Virginia, with its principal
place of business in Virginia.

8.     Plaintiff has incorrectly named SUNRISE OF BUFFALO GROVE as a defendant.  There is
no such corporate entity.

9.     The amount in controversy exceeds $75,000.00, exclusive of interest and costs.  Plaintiff
contends that Defendants' alleged negligence caused her to suffer great personal injury,
physical and mental pain, and that as a result, she is unable to conduct her normal daily affairs
of life and has had to expend large sums of money for her medical care and other related
expenses. Based on this information, there is a good faith basis to assert that the amount in

2

controversy exceeds the jurisdictional amount.

10.    The United States District Courts have original jurisdiction for this civil action under 28 USC §1332.

11.    This Notice of Removal is filed in the United States District Court for the Northern District of Illinois, Eastern Division, which is the district and division in which the State action is pending.

12.    The Defendants have attached to this Notice copies of process and pleadings that have been served upon it.

**WHEREFORE**, the Defendants, SUNRISE SENIOR LIVING, INC., and SUNRISE BUFFALO GROVE ASSISTED LIVING, LLC, by and through their attorneys, PRETZEL & STOUFFER, CHARTERED, pray that this cause be removed to the United States District Court for the Northern District of Illinois.

Respectfully submitted,

 /s/ Daniel B. Mills
PRETZEL & STOUFFER, CHARTERED
One South Wacker Drive
Suite 2500
Chicago, IL 60606
Telephone:    (312) 578-7524
Fax:          (312) 346-8242
Dmills@pretzel-stouffer.com
*Attorney for Defendants*

3

263.064070(262)                          TED/sxf
                    IN THE UNITED STATES DISTRICT COURT
                   FOR THE NORTHERN DISTRICT OF ILLINOIS
                             EASTERN DIVISION

GABRIELLA STRBIK                          )
                                          )
                  Plaintiff,              )
v.                                        )
                                          )
SUNRISE SENIOR LIVING, INC.,              )
SUNRISE of BUFFALO GROVE, and             )
SUNRISE BUFFALO GROVE ASSISTED            )
LIVING, LLC.                              )
                                          )
                  Defendants.             )

                            **ATTESTATION**

        Daniel B. Mills, Esq, being first duly sworn on oath, deposes and states as follows:

        1.      He is the attorney for the defendants/petitioners, SUNRISE SENIOR LIVING, INC.,

and SUNRISE BUFFALO GROVE ASSISTED LIVING, LLC, in this cause.

        2.      He has prepared and read the Notice of Removal filed in this cause and has personal

knowledge of the facts and matters contained in it; and

        3.      The facts and allegations contained in the Notice of Removal are true and correct to

the best of his knowledge.

                            Respectfully submitted,

                             /s/Daniel B. Mills
                            PRETZEL & STOUFFER, CHARTERED
                            One S. Wacker Drive
                            Suite 2500
                            Chicago, IL 60606
                            Telephone:    (312) 578-7524
                            Fax:          (312) 346-8242
                            Dmills@pretzel-stouffer.com
                            *Attorney for Defendant*

# EXHIBIT

**CT** CORPORATION
A WoltersKluwer Company

**Service of Process
Transmittal**
05/06/2008
CT Log Number 513395375

||||||| ||||| ||||| ||||| ||||| ||||| ||||| ||||| |||||| ||||| |||| |||

**TO:**  T. Richard Riney
Ventas, Inc.
Ormsby Two Office Building, Forest Green Corporate Office Park
10350 Ormsby Place, Suite 300
Louisville, KY 40223

**RE:**  **Process Served in Illinois**

**FOR:**  Sunrise Buffalo Grove Assisted Living, L.L.C. (Domestic State: IL)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Gabriella Strbik, Pltf. vs. Sunrise Senior Living, Inc., et al. including Sunrise Buffalo Grove Assisted Living, L.L.C., Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Service List |
| **COURT/AGENCY:** | Cook County Circuit Court - Cook County Department - Law Division, IL
Case # 2008L004305 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - 06/18/06 - Plaintiff was attacked and bit by a dog |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Chicago, IL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 05/06/2008 at 10:40 |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days, not counting the day of service |
| **ATTORNEY(S) / SENDER(S):** | Jerome Schachter & Associates, LTD.
9933 N. Lawler
Suite 100
Skokie, IL 60077
847-329-1111 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via  Fed Ex 2 Day , 791061055333 |
| **SIGNED:**
**PER:**
**ADDRESS:** | C T Corporation System
Tawana Carter
208 South LaSalle Street
Suite 814
Chicago, IL 60604 |
| **TELEPHONE:** | 312-345-4336 |

Page 1 of  1 / PJ

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

| | |
|---|---|
| 2120 - Served | 2121 - Served |
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |
| SUMMONS | ALIAS - SUMMONS |

(Rev.12/3/01) CCG 0001

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, __LAW_____ DIVISION

(Name all parties)

GABRIELLA STRBIK

No. _____

2008L004305
CALENDAR/ROOM A
TIME 00:00
PI Other

v.

SUNRISE SENIOR LIVING, INC., SUNRISE OF
BUFFALO GROVE, and SUNRISE BUFFALO GROVE
ASSISTED LIVING, L.L.C.

### SUMMONS

To each defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room __801_____, Chicago, Illinois 60602

☐ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077

☐ District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

☐ District 4 - Maywood
1500 Maybrook Ave.
Maywood, IL 60153

☐ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455

☐ District 6 - Markham
16501 S. Kedzie Pkwy.
Markham, IL 60426

You must file within 30 days after service of this summons, not counting the day of service.
IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

APR 2 1 2008

| | |
|---|---|
| Atty. No.: __08790_____ | WITNESS, _____ |
| Name: Jerome Schachter & Associates, Ltd. | DOROTHY BROWN |
| Atty. for: Plaintiff | CLERK OF CIRCUIT COURT |
| Address: 9933 N. Lawler; Ste. 100 | Clerk of Court |
| City/State/Zip: Skokie, IL 60077 | Date of service: |
| Telephone: 847-329-1111 | (To be inserted by officer on copy left with defendant or other person) |
| Service by Facsimile Transmission will be accepted at: | 847    329-1128 |
| | (Area Code)  (Facsimile Telephone Number) |

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

| | |
|---|---|
| 2120 - Served | 2121 - Served |
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |
| **SUMMONS** | **ALIAS - SUMMONS** |

(Rev.12/3/01) CCG 0001

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, __LAW_____ DIVISION

(Name all parties)

GABRIELLA STRBIK

No. _____

2008L004305
CALENDAR/ROOM A
TIME 00:00
CT Other

v.

SUNRISE SENIOR LIVING, INC., SUNRISE OF
BUFFALO GROVE, and SUNRISE BUFFALO GROVE
ASSISTED LIVING, L.L.C.

### SUMMONS

To each defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room __801_____ , Chicago, Illinois 60602

| | | |
|---|---|---|
| ☐ District 2 - Skokie<br>5600 Old Orchard Rd.<br>Skokie, IL 60077 | ☐ District 3 - Rolling Meadows<br>2121 Euclid<br>Rolling Meadows, IL 60008 | ☐ District 4 - Maywood<br>1500 Maybrook Ave.<br>Maywood, IL 60153 |
| ☐ District 5 - Bridgeview<br>10220 S. 76th Ave.<br>Bridgeview, IL 60455 | ☐ District 6 - Markham<br>16501 S. Kedzie Pkwy.<br>Markham, IL 60426 | |

**You must file within 30 days after service of this summons, not counting the day of service.**
**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

Atty. No.: __08790_____

Name: Jerome Schachter & Associates, Ltd.

Atty. for: Plaintiff

Address: 9933 N. Lawler; Ste. 100

City/State/Zip: Skokie, IL 60077

Telephone: 847-329-1111

Service by Facsimile Transmission will be accepted at: _____

WITNESS, _____ APR 21 2008

DOROTHY BROWN
CLERK OF CIRCUIT COURT

Clerk of Court

Date of service: _____
(To be inserted by officer on copy left with defendant
or other person)

SEAL

847    329-1128
(Area Code)   (Facsimile Telephone Number)

### DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

IN THE CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT – LAW DIVISION

GABRIELLA STRBIK,                          )
                                           )
                Plaintiff,                 )
                                           )
        vs.                                )        No.
                                           )
SUNRISE SENIOR LIVING, INC.,               )
SUNRISE OF BUFFALO GROVE, and              )
SUNRISE BUFFALO GROVE                      )
ASSISTED LIVING, L.L.C.,                   )
                                           )
                Defendants.                )

## **PLEASE SERVE**

Cook County Sheriff:
   **Sunrise Senior Living, Inc.**
   c/o Registered Agent
   C T Corporation System
   208 S. LaSalle St.; Ste. 814
   Chicago, IL  60604

   **Sunrise Buffalo Grove Assisted Living, L.L.C.**
   c/o Registered Agent
   C T Corporation System
   208 S. LaSalle St.; Ste. 814
   Chicago, IL  60604

Lake County Sheriff:
   **Sunrise of Buffalo Grove**
   180 W. Half Day Rd.
   Buffalo Grove, IL

IN THE CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT – LAW DIVISION

GABRIELLA STRBIK,                          )
                                           )
            Plaintiff,                     )
                                           )
vs.                                        )        No.
                                           )
SUNRISE SENIOR LIVING, INC.,               )        2008L004305
SUNRISE OF BUFFALO GROVE, and              )        CALENDAR/ROOM A
SUNRISE BUFFALO GROVE                      )        TIME 00:00
ASSISTED LIVING, L.L.C.,                   )        PI Other
                                           )
            Defendants.                    )

**COMPLAINT**

**COUNT I
ANIMAL CONTROL ACT, 510 ILCS 5/16
SUNRISE SENIOR LIVING, INC.**

Now comes the Plaintiff, GABRIELLA STRBIK, by and through her

attorney, JEROME SCHACHTER & ASSOCIATES, Ltd., and complaining about

the Defendant, SUNRISE SENIOR LIVING, INC., states:

     1.    On June 18, 2006, the Defendant, SUNRISE SENIOR LIVING,

INC., was the owner and keeper of a certain dog.

     2.    On June 18, 2006, Defendant, SUNRISE SENIOR LIVING, INC.,

owned real estate commonly known as, 180 W. Half Day Rd., Buffalo Grove,

Illinois.

     3.    On June 18, 2006, Plaintiff, GABRIELLA STRBIK, was peacefully

conducting herself on the premises at 180 W. Half Day Rd., Buffalo Grove,

Illinois.

4.    On June 18, 2006, the Plaintiff, GABRIELLA STRBIK, was lawfully on said premises.

5.    On June 18, 2006, without provocation, the dog owned by the Defendant, SUNRISE SENIOR LIVING, INC., attacked the Plaintiff and bit her, injuring the person and body of the Plaintiff.

6.    At all times pertinent hereto, there existed in the State of Illinois a certain act or law commonly known as the **Illinois Animal Control Act** (510 ILCS 5/16), which, among other things, provides:

> If a dog or other animal, without provocation, attacks or injures any person who is peaceably conducting him[her]self in any place where he[she] may lawfully be, the owner of such dog or other animal is liable in damages to such person of or the full amount of injuries sustained.

7.    As a direct and proximate result of the of the violation of this statute, the Plaintiff, GABRIELLA STRBIK, sustained injuries of a personal and pecuniary nature.

WHEREFORE, Plaintiff, GABRIELLA STRBIK, demands judgment against Defendant, SUNRISE SENIOR LIVING, INC., in an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00) plus costs.

### COUNT II
### NEGLIGENCE
### SUNRISE SENIOR LIVING, INC.

Now comes the Plaintiff, GABRIELLA STRBIK, by and through her attorney, JEROME SCHACHTER & ASSOCIATES, LTD., and complaining about the Defendant, SUNRISE SENIOR LIVING, INC., states:

1.    On June 18, 2006, the Defendant, SUNRISE SENIOR LIVING, INC., was the owner and keeper of a certain dog.

2.    On June 18, 2006, Defendant, SUNRISE SENIOR LIVING, INC.,
owned  real estate commonly known as, 180 W. Half Day Rd., Buffalo Grove,
Illinois.

3.    On June 18, 2006, the Plaintiff, GABRIELLA STRBIK, was
peacefully conducting herself on the premises at 180 W. Half Day Rd.; Buffalo
Grove, Illinois.

4.    On June 18, 2006, the Plaintiff, GABRIELLA STRBIK, was lawfully
on said premises.

5.    On June 18, 2006, without provocation, the dog owned by the
Defendant, SUNRISE SENIOR LIVING, INC., attacked the Plaintiff and bit her,
injuring the person and body of the minor Plaintiff.

6.    At all times pertinent hereto, there existed in the State of Illinois a
certain act or law commonly known as the **Illinois Animal Control Act** (510
ILCS 5/16), which, among other things, provides:

> If a dog or other animal, without provocation, attacks or injures any person
> who is peaceably conducting him[her]self in any place where he[she] may
> lawfully be, the owner of such dog or other animal is liable in damages to
> such person of or the full amount of injuries sustained.

7.    At all times pertinent hereto, Defendant SUNRISE SENIOR
LIVING, INC., was careless and negligent by one or more of the following acts or
omissions:

   a.    Knew of/should have known of the vicious and dangerous
         propensities of  his dog;
   b.    Failed to train or to otherwise discipline the dog so that it would not
         attack and injure others;
   c.    Failed to warn others, including GABRIELLA STRBIK, in close
         proximity that the dog was a vicious animal with a proclivity or
         propensity to attack and injure others; and/or

    d.    Failed to muzzle or prohibit the dog from attacking and biting others, particularly when they knew that the dog would be in an environment in which it would almost certainly come into contact with other people.

    e.    Failed to provide adequate adult supervision when he knew the dog had vicious and dangerous propensities.

8.    As a direct and proximate result of the attack on the Plaintiff, GABRIELLA STRBIK, by the dog owned by Defendant, SUNRISE SENIOR LIVING, INC., the Plaintiff, GABRIELLA STRBIK, suffered severe injuries to her bodily, skeletal, muscular and nervous systems becoming scarred, bruised, contused, sore, lame, disabled and disordered, requiring medical care and treatment, suffering both physical and mental pain, being unable to conduct her normal daily affairs of life and expending large sums of money for her medical care and other related expenses, and those conditions occurred as a result of the aforesaid attack on her person by the dog owned by SUNRISE SENIOR LIVING, INC. on June 18, 2006, they continue to exist today, and will require further medical expense in the future.

WHEREFORE, Plaintiff, GABRIELLA STRBIK, requests judgment against SUNRISE SENIOR LIVING, INC. in an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00), together with all allowable prejudgment interest, costs, and attorneys fees.

**COUNT III**
**ANIMAL CONTROL ACT, 510 ILCS 5/16**
**SUNRISE OF BUFFALO GROVE**

Now comes the Plaintiff, GABRIELLA STRBIK, by and through her attorney, JEROME SCHACHTER & ASSOCIATES, Ltd., and complaining about the Defendant, SUNRISE OF BUFFALO GROVE, states:

1.    On June 18, 2006, the Defendant, SUNRISE OF BUFFALO
GROVE, was the owner and keeper of a certain dog.

2.    On June 18, 2006, Defendant, SUNRISE OF BUFFALO GROVE,
owned real estate commonly known as, 180 W. Half Day Rd., Buffalo Grove,
Illinois.

3.    On June 18, 2006, Plaintiff, GABRIELLA STRBIK, was peaceably
conducting herself on the premises at 180 W. Half Day Rd., Buffalo Grove,
Illinois.

4.    On June 18, 2006, the Plaintiff, GABRIELLA STRBIK, was lawfully
on said premises.

5.    On June 18, 2006, without provocation, the dog owned by the
Defendant, SUNRISE OF BUFFALO GROVE, attacked the Plaintiff and bit her,
injuring the person and body of the Plaintiff.

6.    At all times pertinent hereto, there existed in the State of Illinois a
certain act or law commonly known as the **Illinois Animal Control Act** (510
ILCS 5/16), which, among other things, provides:

> If a dog or other animal, without provocation, attacks or injures any person
> who is peaceably conducting him[her]self in any place where he[she] may
> lawfully be, the owner of such dog or other animal is liable in damages to
> such person of or the full amount of injuries sustained.

7.    As a direct and proximate result of the of the violation of this
statute, the Plaintiff, GABRIELLA STRBIK, sustained injuries of a personal and
pecuniary nature.

WHEREFORE, Plaintiff, GABRIELLA STRBIK, demands judgment against Defendant, SUNRISE OF BUFFALO GROVE, in an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00) plus costs.

**COUNT IV**
**NEGLIGENCE**
**SUNRISE SENIOR LIVING, INC.**
**SUNRISE OF BUFFALO GROVE**

Now comes the Plaintiff, GABRIELLA STRBIK, by and through her attorney, JEROME SCHACHTER & ASSOCIATES, LTD., and complaining about the Defendant, SUNRISE OF BUFFALO GROVE, states:

1.     On June 18, 2006, the Defendant, SUNRISE OF BUFFALO GROVE, was the owner and keeper of a certain dog.

2.     On June 18, 2006, Defendant, SUNRISE OF BUFFALO GROVE, owned real estate commonly known as, 180 W. Half Day Rd., Buffalo Grove, Illinois.

3.     On June 18, 2006, the Plaintiff, GABRIELLA STRBIK, was peacefully conducting herself on the premises at 180 W. Half Day Rd.; Buffalo Grove, Illinois.

4.     On June 18, 2006, the Plaintiff, GABRIELLA STRBIK, was lawfully on said premises.

5.     On June 18, 2006, without provocation, the dog owned by the Defendant, SUNRISE OF BUFFALO GROVE, attacked the Plaintiff and bit her, injuring the person and body of the minor Plaintiff.

6.    At all times pertinent hereto, there existed in the State of Illinois a

certain act or law commonly known as the **Illinois Animal Control Act** (510

ILCS 5/16), which, among other things, provides:

> If a dog or other animal, without provocation, attacks or injures any person
> who is peaceably conducting him[her]self in any place where he[she] may
> lawfully be, the owner of such dog or other animal is liable in damages to
> such person of or the full amount of injuries sustained.

7.    At all times pertinent hereto, Defendant SUNRISE OF BUFFALO

GROVE, was careless and negligent by one or more of the following acts or

omissions:

a.    Knew of/should have known of the vicious and dangerous
propensities of his dog;

b.    Failed to train or to otherwise discipline the dog so that it would not
attack and injure others;

c.    Failed to warn others, including GABRIELLA STRBIK, in close
proximity that the dog was a vicious animal with a proclivity or
propensity to attack and injure others; and/or

d.    Failed to muzzle or prohibit the dog from attacking and biting
others, particularly when they knew that the dog would be in an
environment in which it would almost certainly come into contact
with other people.

e.    Failed to provide adequate adult supervision when he knew the dog
had vicious and dangerous propensities.

8.    As a direct and proximate result of the attack on the Plaintiff,

GABRIELLA STRBIK, by the dog owned by Defendant, SUNRISE OF BUFFALO

GROVE, the Plaintiff, GABRIELLA STRBIK, suffered severe injuries to her

bodily, skeletal, muscular and nervous systems becoming scarred, bruised,

contused, sore, lame, disabled and disordered, requiring medical care and

treatment, suffering both physical and mental pain, being unable to conduct her

normal daily affairs of life and expending large sums of money for her medical

care and other related expenses, and those conditions occurred as a result of the

aforesaid attack on her person by the dog owned by SUNRISE OF BUFFALO

GROVE on June 18, 2006, they continue to exist today, and will require further

medical expense in the future.

WHEREFORE, Plaintiff, GABRIELLA STRBIK, requests judgment against

SUNRISE OF BUFFALO GROVE in an amount in excess of FIFTY THOUSAND

DOLLARS ($50,000.00), together with all allowable prejudgment interest, costs,

and attorneys fees.

**COUNT V**
**ANIMAL CONTROL ACT, 510 ILCS 5/16**
**SUNRISE BUFFALO GROVE ASSISTED LIVING, L.L.C.**

Now comes the Plaintiff, GABRIELLA STRBIK, by and through her

attorney, JEROME SCHACHTER & ASSOCIATES, Ltd., and complaining about

the Defendant, SUNRISE BUFFALO GROVE ASSISTED LIVING, L.L.C., states:

1.    On June 18, 2006, the Defendant, SUNRISE BUFFALO GROVE

ASSISTED LIVING, L.L.C., was the owner and keeper of a certain dog.

2.    On June 18, 2006, Defendant, SUNRISE BUFFALO GROVE

ASSISTED LIVING, L.L.C., owned real estate commonly known as, 180 W. Half

Day Rd., Buffalo Grove, Illinois.

3.    On June 18, 2006, Plaintiff, GABRIELLA STRBIK, was peacefully

conducting herself on the premises at 180 W. Half Day Rd., Buffalo Grove,

Illinois.

4.    On June 18, 2006, the Plaintiff, GABRIELLA STRBIK, was lawfully

on said premises.

5.     On June 18, 2006, without provocation, the dog owned by the Defendant, SUNRISE BUFFALO GROVE ASSISTED LIVING, L.L.C., attacked the Plaintiff and bit her, injuring the person and body of the Plaintiff.

6.     At all times pertinent hereto, there existed in the State of Illinois a certain act or law commonly known as the **Illinois Animal Control Act** (510 ILCS 5/16), which, among other things, provides:

> If a dog or other animal, without provocation, attacks or injures any person who is peaceably conducting him[her]self in any place where he[she] may lawfully be, the owner of such dog or other animal is liable in damages to such person of or the full amount of injuries sustained.

7.     As a direct and proximate result of the of the violation of this statute, the Plaintiff, GABRIELLA STRBIK, sustained injuries of a personal and pecuniary nature.

WHEREFORE, Plaintiff, GABRIELLA STRBIK, demands judgment against Defendant, SUNRISE BUFFALO GROVE ASSISTED LIVING, L.L.C.in an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00) plus costs.

### COUNT VI
### NEGLIGENCE
### SUNRISE BUFFALO GROVE ASSISTED LIVING, L.L.C.

Now comes the Plaintiff, GABRIELLA STRBIK, by and through her attorney, JEROME SCHACHTER & ASSOCIATES, LTD., and complaining about the Defendant, SUNRISE BUFFALO GROVE ASSISTED LIVING, L.L.C., states:

1.     On June 18, 2006, the Defendant, SUNRISE BUFFALO GROVE ASSISTED LIVING, L.L.C., was the owner and keeper of a certain dog.

2.    On June 18, 2006, Defendant, SUNRISE BUFFALO GROVE ASSISTED LIVING, L.L.C., owned  real estate commonly known as, 180 W. Half Day Rd., Buffalo Grove, Illinois.

3.    On June 18, 2006, the Plaintiff, GABRIELLA STRBIK, was peacefully conducting herself on the premises at 180 W. Half Day Rd.; Buffalo Grove, Illinois.

4.    On June 18, 2006, the Plaintiff, GABRIELLA STRBIK, was lawfully on said premises.

5.    On June 18, 2006, without provocation, the dog owned by the Defendant, SUNRISE BUFFALO GROVE ASSISTED LIVING, L.L.C., attacked the Plaintiff and bit her, injuring the person and body of the minor Plaintiff.

6.    At all times pertinent hereto, there existed in the State of Illinois a certain act or law commonly known as the **Illinois Animal Control Act** (510 ILCS 5/16), which, among other things, provides:

> If a dog or other animal, without provocation, attacks or injures any person who is peaceably conducting him[her]self in any place where he[she] may lawfully be, the owner of such dog or other animal is liable in damages to such person of or the full amount of injuries sustained.

7.    At all times pertinent hereto, Defendant SUNRISE BUFFALO GROVE ASSISTED LIVING, L.L.C., was careless and negligent by one or more of the following acts or omissions:

a.    Knew of/should have known of the vicious and dangerous propensities of  his dog;
b.    Failed to train or to otherwise discipline the dog so that it would not attack and injure others;
c.    Failed to warn others, including GABRIELLA STRBIK, in close proximity that the dog was a vicious animal with a proclivity or propensity to attack and injure others; and/or

    d.      Failed to muzzle or prohibit the dog from attacking and biting others, particularly when they knew that the dog would be in an environment in which it would almost certainly come into contact with other people.

    e.      Failed to provide adequate adult supervision when he knew the dog had vicious and dangerous propensities.

    8.      As a direct and proximate result of the attack on the Plaintiff, GABRIELLA STRBIK, by the dog owned by Defendant, SUNRISE BUFFALO GROVE ASSISTED LIVING, L.L.C., the Plaintiff, GABRIELLA STRBIK, suffered severe injuries to her bodily, skeletal, muscular and nervous systems becoming scarred, bruised, contused, sore, lame, disabled and disordered, requiring medical care and treatment, suffering both physical and mental pain, being unable to conduct her normal daily affairs of life and expending large sums of money for her medical care and other related expenses, and those conditions occurred as a result of the aforesaid attack on her person by the dog owned by SUNRISE BUFFALO GROVE ASSISTED LIVING, L.L.C. on June 18, 2006, they continue to exist today, and will require further medical expense in the future.

WHEREFORE, Plaintiff, GABRIELLA STRBIK, requests judgment against SUNRISE BUFFALO GROVE ASSISTED LIVING, L.L.C. in an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00), together with all allowable prejudgment interest, costs, and attorneys fees.

Respectfully submitted,
Jerome Schachter & Associates, Ltd.

Bruce W. Bublick

9933 N. Lawler; Ste. 100
Skokie, IL 60077
847-329-1111
#08790