# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## (AMENDED) ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of | Case Number: 08CV3189 |

GABRIELLA STRBIK,
    Plaintiff,
v.
SUNRISE SENIOR LIVING, INC., and
SUNRISE BUFFALO GROVE ASSISTED LIVING, LLC

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
  SUNRISE SENIOR LIVING, INC., and
  SUNRISE BUFFALO GROVE ASSISTED LIVING, LLC

| |
|---|
| NAME (Type or print)<br>DANIEL B. MILLS |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ DANIEL B. MILLS |
| FIRM<br>PRETZEL & STOUFFER, CHARTERED |
| STREET ADDRESS<br>One South Wacker Drive, Suite 2500 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6201635 | TELEPHONE NUMBER<br>(312) 578-7524 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐

CERTIFICATE OF SERVICE

      A copy of the **Defendants' AMENDED, Appearance** was filed electronically this **4th day of June**, 2008. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the court's electronic system.

**ATTORNEY FOR PLAINTIFF**
Bruce W. Bublick, Esq.
Jerome Schachter & Associates, Ltd.
9933 N. Lawler Avenue
Suite 100
Skokie, Illinois 60077
Telephone: (847)329-1111
Fax: (847) 329-1128
E-Mail:schachterlaw3@yahoo.com

      Respectfully submitted,

      /s/Daniel B. Mills
      PRETZEL & STOUFFER, CHARTERED
      One S. Wacker Drive
      Suite 2500
      Chicago, IL 60606
      Telephone:    (312) 578-7524
      Fax:    (312) 346-8242
      Dmills@pretzel-stouffer.com
      *Attorney for Defendant*