## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number: 08 cv 3189

GABRIELLA STRBIK,
      Plaintiff,
v.
SUNRISE SENIOR LIVING, INC., and

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SUNRISE SENIOR LIVING, INC., and
SUNRISE BUFFALO GROVE ASSISTED LIVING, LLC

| | |
|---|---|
| **NAME (Type or print)**<br>ROBERT E. SIDKEY | |
| **SIGNATURE (Use electronic signature if the appearance form is filed electronically)**<br>   s/ ROBERT E. SIDKEY | |
| **FIRM**<br>PRETZEL & STOUFFER, CHARTERED | |
| **STREET ADDRESS**<br>One South Wacker Drive, Suite 2500 | |
| **CITY/STATE/ZIP**<br>Chicago, Illinois 60606 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>6271444 | **TELEPHONE NUMBER**<br>(312) 578-7489 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?        YES ☐      NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?       YES ☐      NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?         YES ☑      NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☑   NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ | |

## CERTIFICATE OF SERVICE

A copy of the **Defendants' Appearance on behalf of Robert E. Sidkey,** was filed electronically this **4th day of June**, 2008.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the court's electronic system.

**ATTORNEY FOR PLAINTIFF**
Bruce W. Bublick, Esq.
Jerome Schachter & Associates, Ltd.
9933 N. Lawler Avenue
Suite 100
Skokie, Illinois 60077
Telephone: (847)329-1111
Fax: (847) 329-1128
E-Mail:schachterlaw3@yahoo.com


Respectfully submitted,

/s/Robert E. Sidkey
PRETZEL & STOUFFER, CHARTERED
One S. Wacker Drive
Suite 2500
Chicago, IL 60606
Telephone:    (312) 578-7489
Fax:          (312) 346-8242
rsidkey@pretzel-stouffer.com
*Attorney for Defendant*