# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3189 | **DATE** | 6/23/2008 |
| **CASE TITLE** | GABRIELLA STRBIK vs. SUNRISE SENIOR LIVING, INC. | | |

**DOCKET ENTRY TEXT**

Due to a clerical error, the status hearing set on July 22, 2008 is stricken.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|