Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3189 | **DATE** | 6/26/2008 |
| **CASE TITLE** | GABRIELLA STRBIK vs. SUNRISE SENIOR LIVING, INC. | | |

**DOCKET ENTRY TEXT**

Status hearing held. Parties shall comply with FRCP 26(a)(1) by July 7, 2008; and ~~plaintiff shall comply~~ with FRCP 26(a)(2) by September 24, 2008. Discovery cutoff and filing of dispositive motions with supporting memoranda are set on October 24, 2008. Submission of the joint final pretrial order is set on November 13, 2008 at 9:00 a.m. The case is placed on the December trial calendar.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

00:05

| | Courtroom Deputy Initials: | WH |
|---|---|---|