**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: 08 cv 3189 |
|---|---|
| GABRIELLA STRBIK vs. SUNRISE SENIOR LIVING, INC., SUNRISE of BUFFALO GROVE, and SUNRISE BUFFALO GROVE ASSITED LIVING, L.L.C. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

GABRIELLA STRBIK

**FILED**

JUN 2 6 2008 TC
JUN 26 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
|---|
| Bernard L. Hollywood |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| /s/ Bernard L. Hollywood |
| FIRM |
| Jerome Schachter & Associates, Ltd. |
| STREET ADDRESS |
| 9933 N. Lawler Ave.; Ste. 100 |
| CITY/STATE/ZIP |
| Skokie, IL 60077 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| | 847-329-1111 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |